**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 19-16903 |
| | ) | |
| URBAN V LEE | ) | CHAPTER 13 PROCEEDING |
| JANICE M LEE | ) | |
| | ) | JUDGE ARTHUR I HARRIS |
| DEBTOR(S) | ) | |
| | ) | **NOTICE OF OBJECTION TO** |
| | ) | **TO PROOF OF CLAIM #3 FILED** |
| | ) | **BY THE INTERNAL REVENUE SERVICE** |

The Debtor(s) captioned above, have filed an objection to proof of claim in this proceeding.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELMINATED**. **You should read these papers carefully and discuss them with your attorney, if you have one**. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to sustain and/or grant the Objection and/or Motion, or if you want the Court to consider your views on the Objection/Motion, then on or before **February 27, 2020** you or your attorney must:

1. File a written response explaining your position at:

   U. S. Bankruptcy Court
   Howard M. Metzenbaum US Courthouse
   201 Superior Avenue
   Cleveland, Ohio 44114-1235

If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. Mail a copy to:
   Y Eric Holtz, Esq
   Amourgis & Associates
   3200 West Market Street, Suite 106
   Akron, Ohio 44333

   Lauren A Helbling, Chapter 13 Trustee
   200 Public Square
   BP Tower Suite 3860
   Cleveland, Ohio 44114

You or your attorney must also attend the Hearing on the Motion scheduled for **March 5, 2020 at 1:00 pm** in Courtroom 1A of the U. S. Bankruptcy Court, 201 Superior Avenue, Cleveland, Ohio 44114.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Objection/ Motion and may enter an Order sustaining or granting the Objection and/or Motion without a Hearing.

Respectfully submitted,

J.P. AMOURGIS & ASSOCIATES

/s/ Y. Eric Holtz
Y. Eric Holtz (0084326)
Attorney for Debtors
3200 West Market Street, Ste. 106
Akron, Ohio 44333-3324
Phone: (330) 535-6650
Fax:   (330) 535-2205
yeholtz@amourgis.com

## CERTIFICATE OF SERVICE

I certify that on January 18, 2020 a true and correct copy of the foregoing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Lauren A Helbling        served electronically
- United States Trustee    served electronically

And by regular U.S. mail, postage prepaid, on:

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service -Insolvency Group 6
1240 E. 9th Street, Room 493
Cleveland, OH 44199

Office of the United States Attorney
Attn: Civil Process Clerk
Carl B. Stokes United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852

Attorney General of the United States
U.S. Department of Justice Tax Division
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

                                              /s/ Y. Eric Holtz
                                              Y. Eric Holtz (0084326)